FILED
CLERK, U.S. DISTRICT COURT

JUL 5 2012

CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION    BY DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, PLAINTIFF v. Michelle Maestro DEFENDANT(S). | CASE NUMBER ED12MJ238 ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT |
|---|---|

Upon motion of __Defendant__, IT IS ORDERED that a detention hearing is set for __7-9-12__, ____, at __2__ ☐ a.m. / ☒ p.m. before the Honorable __OSWALD PARADA__, in Courtroom __3__.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
*(Other custodial officer)*

Dated: __7/5/12__

U.S. District Judge/Magistrate Judge